```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE FASHION INSTITUTE OF DESIGN &
MERCHANDISING,

                        Plaintiff,              REPORT & RECOMMENDATION
                                                   20 CV 1981 (RJD)(LB)
        -against-

CENTRAL MICHIGAN UNIVERSITY,

                        Defendant.
-------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

Plaintiff commenced this action against defendant on April 30, 2020, ECF No. 1, and the summons was issued on June 9, 2020, ECF No. 8. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Under Rule 4(m), plaintiff was required to serve defendant with the complaint and summons by July 29, 2020. As plaintiff had failed to file proof of service by July 29, 2020, the Court ordered plaintiff to file proof of service on the docket or to show good cause by November 5, 2020 why such service was not made. ECF No. 9. The Court's record does not reflect that plaintiff has served defendant. Accordingly, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: November 24, 2020
        Brooklyn, New York